UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

MATT AUFFENBERG                                )
                                               )
            Plaintiff,                         )
                                               )
vs.                                            )       NO.:3:23-cv-1887
                                               )
AddMi, Inc.                                    )
                                               )
            Defendant.                         )

Defendants to be served:

AddMi, Inc.
7850 Jefferson NE, Suite 220
Albuquerque, NM 87109

## COMPLAINT

Comes now, the Plaintiff, Matt Auffenberg, by and through his attorney Jarrod P.

Beasley of Kuehn, Beasley & Young, P.C., and hereby states this cause of action against

Defendant, AddMi, Inc.,:

## COUNT 1

1.  Plaintiff Matt Auffenberg ("Auffenberg") is a resident of the State of Illinois,

    within St. Clair County, Illinois.

2.  On information and belief, at all times relevant, Defendant AddMi, Inc.

    ("AddMi") was and is a corporation organized and existing under the laws of the

    state of Delaware having its principle place of business in New Mexico.

3. On or about May 13, 2020, Plaintiff and Defendant executed a Convertible Promissory Note in the original principal amount of $300,000.00 to evidence Defendant's indebtedness to Auffenberg.  A true and correct copy of the Convertible Promissory Note #1 is attached hereto as Exhibit A and incorporated herein.

4. Pursuant to the terms of Note #1, the note matured on May 12, 2022, and Defendant became obligated to pay Auffenberg the aforesaid principal amount of $300,000.00, plus all accrued interest, in one payment of all outstanding principal and all unpaid interest.

5. Plaintiff has made multiple demands for payment of Note #1.

6. To date no payments have been made on the indebtedness.

7. On or about June 29, 2020, Plaintiff and Defendant executed a Convertible Promissory Note in the original principal amount of $200,000.00 to evidence Defendant's indebtedness to Auffenberg.  A true and correct copy of the Convertible Promissory Note #2 is attached hereto as Exhibit B and incorporated herein.

8. Pursuant to the terms of Note #2, the note matured on May 12, 2022, and Defendant became obligated to pay Auffenberg the aforesaid principal amount of $200,000.00, plus all accrued interest, in one payment of all outstanding principal and all unpaid interest.

9.  Plaintiff has made multiple demands for payment of Note #2.

10. To date no payments have been made on the indebtedness.

11. On or about August 31, 2020, Plaintiff and Defendant executed a Convertible

    Promissory Note in the original principal amount of $500,000.00 to evidence

    Defendant's indebtedness to Auffenberg.  A true and correct copy of the

    Convertible Promissory Note #3 is attached hereto as Exhibit C and incorporated

    herein.

12. Pursuant to the terms of Note #3, the note matured on May 12, 2022, and

    Defendant became obligated to pay Auffenberg the aforesaid principal amount

    of $200,000.00, plus all accrued interest, in one payment of all outstanding

    principal and all unpaid interest.

13. Plaintiff has made multiple demands for payment of Note #3.

14. To date no payments have been made on the indebtedness.

15. On or about February 2, 2023, Plaintiff and Defendant executed a Convertible

    Promissory Note in the original principal amount of $325,000.00 to evidence

    Defendant's indebtedness to Auffenberg.  A true and correct copy of the

    Convertible Promissory Note #4 is attached hereto as Exhibit D and incorporated

    herein.

16. Pursuant to the terms of Note #4, the note does not mature until November 1,

    2023.

17. On information and belief, Defendant, through its CEO Andy Lim has violated the terms of Note #4 Section 3(ix) by comingling funds, using corporate funds for his personal, family or household use rather than exclusively for the operations of its business.

18. Plaintiff has made multiple demands for payment of Note #4.

19. To date no payments have been made on the indebtedness.

20.

21. Pursuant to the terms of Notes #1, #2, #3, and #4 Defendant was obligated to pay 7% interest on the notes.

22. As of the date of this filing, Defendant was and is in default by reason of its failure to pay all principal and accrued interest upon the maturity of the Notes and the requests for satisfaction.

23. As of May 25, 2023, a principal balance of $1,325,000, remains due on the Notes, together with accrued interest in the amount of $206,931.51.

24. By reason of the foregoing, Auffenberg has been damaged in the aggregate sum of $1,531,931.51 as of May 25, 2023.

25. Per the terms of the Notes, Section 4(b), Defendant is also responsible for the payment of all attorney fees and Court costs accrued in enforcing the terms of these agreements.

WHEREFORE, Plaintiff prays this Court enter its Judgment for Plaintiff in an

amount to be determined, plus costs and attorney fees and for such further relief as

this Court deems just and proper.

Respectfully Submitted,


/s Jarrod P. Beasley
Jarrod P. Beasley #6274536
Attorney for Plaintiff Doe
Kuehn, Beasley & Young, P.C.
23 S. First St.
Belleville, IL 62220
Phone:  618.277.7260
Fax:  618.277.7718
jarrodbeasley@kuehnlawfirm.com