IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATT AUFFENBERG,<br><br>          Plaintiffs,<br><br>vs.<br><br>ADDMI, INC,<br><br>          Defendant. | )<br>)  Case No. 3:23-cv-1887<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, MATT AUFFENBERG makes the following disclosure:

1. Is the party or intervenor making this disclosure a corporation?

    ☐ Yes     ☒ No

    a. If the answer to Number 1 is "yes," list below:

        i. Any parent corporation of the party or intervenor or state that there is no such corporation:

            Click or tap here to enter text.

        ii. Any publicly held corporation that owns 10% or more of the party's or intervenor's stock or state that there is no such corporation:

            Click or tap here to enter text.

2. Is the jurisdiction of this action based on diversity under 28 U.S.C. § 1332(a)[1]?

☒ Yes   ☐ No

a. If the answer to Number 2 is "yes," name and identify below the citizenship of every individual or entity whose citizenship is attributed to the party or intervenor making this disclosure:

Matt Auffenberg is a citizen of Illinois.

DATED: June 5, 2023

_____
Signature

Jarrod P. Beasley
Name

23 S. First St., Belleville, IL 62220
Address

618-277-7260
Phone Number

jarrodbeasley@kuehnlawfirm.com
Email Address

---

[1] The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—
  (1) citizens of different States;
  (2) citizens of a State and citizens or subjects of a foreign state, except that the district courts shall not have original jurisdiction under this subsection of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State;
  (3) citizens of different States and in which citizens or subjects of a foreign state are additional parties; and
  (4) a foreign state, defined in section 1603(a) of this title, as plaintiff and citizens of a State or of different States.