# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATT AUFFENBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:23-cv-01887 |
| v. ) | |
| ) | |
| ADDMI, INC., ) | |
| ) | |
| Defendant. ) | |

## LIMITED ENTRY OF APPEARANCE

COMES NOW Christopher O. Miller and the law firm of Amundsen Davis, LLC and hereby enters his appearance on behalf of Defendant AddMi, Inc. for the limited purpose of challenging jurisdiction before this Court.

Respectfully submitted,

**AMUNDSEN DAVIS LLC**

*/s/ Christopher O. Miller*
Christopher O. Miller, #6328765
120 South Central Ave., Suite 700
St. Louis, MO 63105
Tel: 314-719-3700
Fax: 314-719-3710
comiller@amundsendavislaw.con

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2023, the foregoing was filed electronically with the Missouri e-filing system which will send a notice of electronic filing to all counsel of record.

*/s/ Christopher O. Miller*
Attorneys for Defendant

1