UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATT AUFFENBERG, <br> and <br> JAMES AUFFENBERG JR., <br><br>     Plaintiff, <br><br> vs. <br><br> ADDMI, INC., <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:23-cv-01887-GCS <br> ) <br> ) <br> ) <br> ) |

## AMENDED SCHEDULING AND DISCOVERY ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), the Court amends the Scheduling Order as follows:

1. Party depositions shall be taken by 6/16/2024.

2. Motions to amend the pleadings, including the commencement of a third-party action, shall be filed by 7/16/24.

3. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:
   Plaintiff's expert(s): 7/1/2024.
   Defendant's expert(s): 8/5/2024.

4. Depositions of expert witnesses must be taken by:
   Plaintiff's expert(s): 7/22/2024.
   Defendant's expert(s): 8/19/2024.

5. The **Mandatory Mediation Session** shall be completed by **8/12/2024** (no later than **30 days** before the discovery cut-off).

6. **Discovery** shall be completed by **9/17/2024** (no later than **130 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil

Procedure in which to answer or produce by the discovery cut-off date.

7. The **Mandatory Mediation Process** shall be completed by **9/30/2024** (no later than **15 days** after the discovery cut-off).

8. All **dispositive motions** shall be filed by **10/7/2024** (no later than **100 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

9. The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference if they are unable to resolve their dispute. If the dispute cannot be resolved in the first telephonic conference, the Court will establish, with the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

**IT IS SO ORDERED.**

**DATED: May 8, 2024.**

Gilbert C Sison
Digitally signed by Gilbert C Sison
Date: 2024.05.08 15:06:10 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**