# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATT AUFFENBERG & JAMES AUFFENBERG, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADDMI, INC., )<br>)<br>Defendant. | Case No. 3:23-cv-01887 |

## MOTION FOR PROTECTIVE ORDER

COMES NOW Defendant AddMi, Inc. ("Defendant" or "AddMi"), by and through its undersigned counsel, and for its Motion for Protective Order staying discovery due to AddMi's offer of judgment in the full amount sought by Plaintiffs on all claims:

1. On February 26, 2024, AddMi made an offer of Judgment to Plaintiffs totaling the full amount sought in the Amended Complaint. The offer remains open at the time of this filing.

2. Rather than accept Judgment for the entire amount they seek, Plaintiffs insist on continuing this litigation and now seek to depose AddMi's CEO Andy Lim.

3. Insofar as AddMi has offered Plaintiffs all of the relief they seek in this case, deposing AddMi's CEO or continuing on with any further discovery serves no legitimate purpose and only increases the costs and expense of this litigation for all the Parties.

4. For good cause shown, under Rule 26(c)(1) of the Federal Rules of Civil Procedure, the Court may issue an order prohibiting discovery "to protect a party or person from annoyance, embarrassment, oppression or undue burden or expense."

5. Further discovery serves no legitimate purpose and does not advance any of Plaintiffs' claims. AddMi has offered a full and complete judgment in the full amount sought by

1

Plaintiffs in this matter. Plaintiffs have no legitimate reason for insisting on a deposition of AddMi's CEO at this time and allowing it to go forward will only needlessly increase the cost, expense and burden for all Parties involved.

6.  Prior to filing this Motion, the undersigned counsel confirmed with Plaintiff's counsel in good faith in an attempt to resolve this dispute but was unsuccessful.

WHEREFORE Defendant AddMi, Inc. respectfully requests the Court grant this motion and enter an order prohibiting Plaintiffs from engaging in any further discovery in this case and for any additional and further relief deemed fair and just.

Respectfully submitted,

**AMUNDSEN DAVIS LLC**

*/s/ Christopher O. Miller*
Christopher O. Miller, #6328765
120 South Central Ave., Suite 700
St. Louis, MO 63105
Tel: 314-719-3700
Fax: 314-719-3710
comiller@amundsendavislaw.con

*Attorneys for* Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of June, 2024, the foregoing was filed electronically and served via the Court's e-filing system to all counsel of record.

                                                                */s/ Christopher O. Miller*
                                                                    Attorneys for Defendant