# Delaware

## The First State

Page 1

    *I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "ADDMI, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE ELEVENTH DAY OF SEPTEMBER, A.D. 2025.*

    *AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.*

    *AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "ADDMI, INC." WAS INCORPORATED ON THE TWENTY-FIRST DAY OF APRIL, A.D. 2016.*

    *AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.*

Charuni Patibanda-Sanchez, Secretary of State

6022810  8300
SR# 20253943158
Authentication: 204719920
Date: 09-11-25

You may verify this certificate online at corp.delaware.gov/authver.shtml